IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 APR 12 PM 1:31

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 8:06CV310 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARY HEADLEY, | ) |
| | ) |
| Defendant. | ) |

### FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and Defendant, Mary Headley, having consented to the making and entry of this final judgment without trial, hereby agree as follows:

1. This Court has subject matter jurisdiction over this matter under 31 U.S.C. § 3730(a) and 28 U.S.C. § 1345.

2. This Court has personal jurisdiction over Defendant who acknowledges receipt of a copy of the Complaint in this action. The Complaint herein states a claim upon which relief can be granted.

3. Defendant hereby admits all the allegations of Plaintiff's Complaint and therefore agrees to entry of a consent judgment in the sum of $ 4,835.00 plus interest at the legal rate computed daily and compounded annually from the date of judgment until paid in full; an administrative penalty of $ 260.00; and court costs in the amount of $ 270.00.

4. Defendant agrees to notify the United States Attorney's Office within thirty days of any change of address or employment until the judgment debt is paid in full.

5. In return for Defendant's consent to entry of judgment, the United States agrees to accept the amount of $ 4,835.00 plus interest at the legal rate computed daily and compounded

annually from the date of judgment until paid in full; an administrative penalty of $ 260.00; and court costs in the amount of $ 270.00, in full satisfaction of Defendant's liability. This judgment amount shall be paid through a bi-weekly voluntary wage deduction in the amount of $ 300.00 until the debt is paid in full.

6. In the event Defendant defaults on the payment of any installment, the balance of the judgment, including post-judgment interest, shall immediately become due and payable, and the United States may proceed with available administrative and judicial remedies to enforce the judgment debt, upon notice to Defendant.

7. Notice pursuant to paragraph six shall be deemed due and sufficient notice if sent by first class mail, postage prepaid, to Defendant's address as listed below or to any new address provided by Defendant.

8. The district court shall retain jurisdiction over this case for purposes of enforcing the Final Judgment by Consent.

9. This is a publicly available document, and Defendant waives any claim that this or any other document filed in this case along with any information contained therein is subject to the Privacy Act of 1974, 5 U.S.C. § 552a.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | MARY HEADLEY,<br>Defendant. |

MICHAEL G. HEAVICAN
United States Attorney
District of Nebraska

By: *(signature)*
LAURIE A. KELLY
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 661-3081
laurie.kelly@usdoj.gov

*(signature)* Mary Headley
MARY HEADLEY
14204 Anne Street
Omaha, NE 68137
Tel: (402) 933-3410

APPROVED THIS 12th day of April, 2006, accruing at the legal rate of 4.85% per annum from the date of this judgment until paid in full, administrative penalty, and court costs.

*(signature)*
Richard G. Kopf
JUDGE, U.S. DISTRICT COURT